IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **ADAM MILLER**, | ) Case No: 1:22-cv-00930-CAB |
| Plaintiff, | ) JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) |
| **AVIENT CORPORATION**, | ) **ORDER APPROVING SETTLEMENT** |
| Defendant. | ) |

This matter is before the Court on the Parties' Sealed Joint Motion for Approval of Settlement and Release pursuant to Section 16(b) of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 216(b). The Motion asks the Court to approve, as fair and reasonable, the proposed Settlement reached by the Parties and memorialized in the Confidential Settlement and Release Agreement (Agreement).

Having reviewed the Motion, the Declaration of Plaintiffs' Counsel Robi J. Baishnab attached as Exhibit B to the Motion, and the pleadings and papers on file in this Action, and for good cause established therein, the Court approves the Settlement and the Agreement, and finds as follows:

1. The captioned lawsuit asserted overtime claims under the under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, *et seq*. and the Ohio Revised Code § 4111.03(D).

2. The Court finds that the proposed Settlement is a fair and reasonable resolution of a bona fide dispute and satisfies the standard for approval under the FLSA.

3. The Court finds the requested attorneys' fees are reasonable and that reimbursement of litigation costs are appropriate.

4. The Court approves the Confidential Settlement Agreement and Release, and

orders that the Settlement be implemented according to the terms and conditions of that Agreement.

5. The Court dismisses the claims of Plaintiffs with prejudice and enters final judgment. The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Order and Final Judgment immediately.

6. The Court retains jurisdiction over this action to enforce the terms of the Settlement, including the payment plan as outlined in their Agreement.

**SO ORDERED:**

Dated: December 15, 2022

/s Christopher A. Boyko
CHRISTOPHER A. BOYKO
Senior United States District Judge